452 A.2d 33

Commonwealth v. Zlobik, Appellant.

Submitted February 24, 1982.

Joseph F. Sklarosky, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

The judgment of sentence is hereby affirmed.